OPINION — AG — ** EMBALMERS AND FUNERAL DIRECTORS — FOREIGN COUNTY — DEFINITION ** A FOREIGN COUNTY IS 'NOT' DEEMED A " STATE " FOR PURPOSES OF ISSUANCE OF AN EMBALMER/FUNERAL DIRECTOR LICENSE, UNDER THE RECIPROCITY REQUIREMENTS OF 59 O.S. 396.8 [59-396.8] (PROFESSIONS, OCCUPATIONS, REQUIREMENTS, DEFINITION, OUT OF STATE, CITIZENS, ALIEN) CITE: 59 O.S. 15.13 [59-15.13], 59 O.S. 45.12 [59-45.12], 59 O.S. 152 [59-152] [59-152], 59 O.S. 328.23 [59-328.23], 59 O.S. 396.3 [59-396.3] [59-396.3], 59 O.S. 396.8 [59-396.8], 59 O.S. 498 [59-498] [59-498], 59 O.S. 887.9 [59-887.9], 59 O.S. 164 [59-164] [59-164](B) (M. DENISE GRAHAM)